1    Phillip H. Stanfield, Bar #011729
     David L. Stout, Jr., Bar #024857
2    Nicolas T. Martino, Bar #034746
     JONES, SKELTON & HOCHULI, P.L.C.
3    40 North Central Avenue, Suite 2700
     Phoenix, Arizona 85004
4    Telephone: (602) 263-1700
     Fax: (602) 200-7877
5    pstanfield@jshfirm.com
     dstout@jshfirm.com
6    nmartino@jshfirm.com

7    Attorneys for Defendants Baxter Everett and
     Specialized Rail Service, Inc.
8

9                    **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF ARIZONA**

11   Carlos Earnesto Tillman, a married man,          NO.

12                                       Plaintiff,   **NOTICE OF REMOVAL**

13                    v.

14   Baxter E. Everett and  Jane Doe Everett,
     husband and wife; Specialized Rail Service,
15   Inc., a Nevada corporation; Universal Logistics
     Holdings, Inc., a Michigan corporation;
16   Universal Intermodal Services, Inc., a
     Michigan corporation; and John Does I
17   through X, fictitious individuals; ABC
     Corporations I-X and Partnerships, I-X,
18   fictitious entities,

19                                      Defendants.

20

21          Defendants Specialized Rail Service, Inc. and Baxter Everett, by and

22   through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this

23   Notice of Removal of an Arizona State Court action against them to the United States

24   District Court for the District of Arizona and states as follows:

25                         **PROCEDURAL HISTORY**

26
            1.      On or about June 12, 2019, an action was commenced against
27
     Defendants in the Superior Court of the State of Arizona, in and for the County of
28

     7759675.1

1  Mohave, under the case number S-8015-CV-201900541. Copies of the pleadings so far

2  filed in the State Court action are attached as Exhibit A.

3        2.      On July 11, 2019, Defendant Specialized Rail Service, Inc. accepted

4  service through undersigned counsel.

5                              **TIMELINESS OF REMOVAL**

6        3.      Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed

7  within 30 days after the receipt by the defendants, through service or otherwise, of a copy

8  of the initial pleading setting forth the claim for relief upon which such action or

9  proceeding is based.

10        4.      This Notice of Removal is filed within 30 days after the Complaint

11  was purportedly served and, therefore, is timely.  *See* 28 U.S.C. § 1446(b)(1).

12        5.      A Notice of Filing Notice of Removal was filed with the Superior

13  Court in and for Maricopa County.  *See* Notice of Filing Notice of Removal (exclusive of

14  exhibits), attached as Exhibit B.

15                              **BASIS OF REMOVAL**

16

17        6.      This Court has original jurisdiction over this action pursuant to 28

   U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is

18  complete diversity of citizenship.  *See* 28 U.S.C. § 1332(a).

19        7.      Plaintiff claims personal injuries as a result of Defendants' alleged

20  liability. At this time, Plaintiff has alleged approximately $319,000 in medical specials

21  related to this incident, and has provided some medical records and bills supporting this

22  amount. Additionally, Plaintiff is claiming compensatory damages. Accordingly,

23  Defendants believe Plaintiff's injuries exceed the sum of $75,000.

24        8.      Defendant Specialized Rail Service, Inc., is a Nevada corporation

25  with its principal place of business in Clearfield, Utah. Defendant Specialized Rail

26  Service, Inc. is a citizen of both Nevada and Utah.

27

28

7759675.1                                    2

9. Defendant Baxter Everett is a resident of Las Vegas, Nevada. Defendant Everett is a citizen of Nevada.

10. Defendant Universal Logistics Holdings, Inc. is a Michigan corporation with its principal place of business in Warren, Michigan. Defendant Universal Logistics Holdings, Inc. is a citizen of Michigan.

11. Defendant Universal Intermodal Services, Inc. is a Michigan corporation with its principal place of business in Warren, Michigan. Defendant Universal Logistics Holdings, Inc. is a citizen of Michigan.

12. Plaintiff Carlos Earnesto Tillman is believed to be a resident of Pinal County, State of Arizona. Plaintiff Tillman is therefore believed to be a citizen of Arizona.

13. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship. Tim Monahan is general counsel for Defendants Universal Logistics Holdings, Inc. and Universal Intermodal Services, Inc. He has confirmed to undersigned counsel that both entities join in and consent to removal of the action.

By filing this Notice of Removal, Defendants do not waive, but rather expressly reserve, all rights, defenses, and objections of any nature that they may have to Plaintiff's claims.

WHEREFORE, Defendants respectfully request this action be removed to this Court.

7759675.1

3

DATED this 8th day of August 2019.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Phillip H. Stanfield
David L. Stout, Jr.
Nicolas T. Martino
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants Baxter Everett
and Specialized Rail Services

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August 2019, I caused the foregoing

document to be filed electronically with the Clerk of Court through the CM/ECF System

for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered

CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF

participants:

Josh A. Valdez
Joseph A. Hoxie
VALDEZ LAW PLLC
323 W Roosevelt St, Ste 100
Phoenix, AZ  85003
Counsel for Plaintiff

/s/ S. Coffey _____

7759675.1                                          4